**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Byers Operating LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Byers Printing Company**<br>**Byers Printing Co.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3869198** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **901 N. MacArthur Boulevard**<br>**Springfield, IL 62702**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Sangamon**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Byers Operating LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3231

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **Byers Operating LLC**                                    Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**                              Relationship   _____

District   _____   When _____   Case number, if known   _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☑ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000            ☑ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

---

Debtor    **Byers Operating LLC**                                            Case number (*if known*)
Name

☐ $50,001 - $100,000                 ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000                ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million              ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor    **Byers Operating LLC**                                      Case number (if known) _____
_____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2023**
MM / DD / YYYY

X **/s/ Matthew M. Sandretto**                               **Matthew M. Sandretto**
Signature of authorized representative of debtor            Printed name

Title    **For Byers Holding LLC, Manager**

---

**18. Signature of attorney**

X **/s/ William S. Hackney**                      Date    **June 28, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**William S. Hackney**
Printed name

**Bryan Cave Leighton Paisner LLP**
Firm name

**161 North Clark Street
Suite 4300
Chicago, IL 60601-3315**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 602-5000**        Email address    **william.hackney@bclplaw.com**

**06256042 IL**
Bar number and State

Debtor    **Byers Operating LLC**      Case number (*if known*) _____
Name

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
     amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Byers Holding LLC** | | Relationship to you | **Parent** |
| District | **Northern District of Illinois** | When | Case number, if known | |
| Debtor | **Creekside Operating LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | Case number, if known | |
| Debtor | **Elections Operating LLC** | | Relationship to you | **Affiliate** |
| District | **Northern District of Illinois** | When | Case number, if known | |

## RESOLUTION AUTHORIZING THE FILING
## OF A CHAPTER 11 BANKRUPTCY PETITION
## BY BYERS OPERATING LLC

The undersigned, Matthew Sandretto, CEO of Byers Holding LLC, a Delaware limited liability company ("**Byers Holding**"), hereby certifies that (i) Byers Holding is the sole member of Byers Operating LLC (the "**Company**"); (ii) Byers Holding consents to the adoption of; and (iii) hereby adopts as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy reorganization under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), and it is in the best interests of the Company to file a petition under chapter 11 of the Bankruptcy Code; and

RESOLVED further that Matthew Sandretto ("**Authorized Agent**") is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois and may therein effectuate a sale of the Company's assets; and

RESOLVED further that the Authorized Agent is authorized to engage and retain the law firm of Bryan Cave Leighton Paisner LLP ("**BCLP**") on behalf of the Company on all matters related to its chapter 11 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the chapter 11 case.

Effective, this _28TH_ day of June, 2023

**BYERS OPERATING LLC**

By: _____

Name:   Matthew Sandretto
        Chief Executive Officer
        Byers Holding LLC
        (Sole member of Byers Operating LLC)

**Fill in this information to identify the case:**

Debtor name    **Byers Operating LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 28, 2023**          X **/s/ Matthew M. Sandretto**
                                              Signature of individual signing on behalf of debtor

                                            **Matthew M. Sandretto**
                                            Printed name

                                            **For Byers Holding LLC, Manager**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Byers Operating LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arden Label, Inc.** **10S264 Schoger Drive** **Naperville, IL 60564** | **Chip Collins** chip@ardenlabel.com (866) 273-3646 | **Trade Debt** | | | | $46.23 |
| **D&K International, Inc.** **Attn Denise Ebenstein** **P.O. Box 5441** **Carol Stream, IL 60197** | **Denise Ebenstein** denise.ebenstein@dkgroup.net (847) 956-0160 | **Trade Debt** | | | | $1,007.14 |
| **Der Graphics & Custom Filing** **32282 64th Avenue** **Lawton, MI 49065** | **Mike McNeil** mike@dergraphics.com 514-737-8786 ext. 224 | **Trade Debt** | | | | $35,000.00 |
| **Graphic Dimensions** **480 Center Street** **Hobart, IN 46342** | **Accounts Receivable** credit@graphdim.com (859) 581-3989 | **Trade Debt** | | | | $1,035.00 |
| **Hillier Storage & Moving Co.** **P.O. Box 51045** **Newark, NJ 07101-5145** | **Thomas R. Swift** tswift@hillierstg.com (217) 525-8550 | **Trade Debt** | | | | $3,000.00 |
| **Lindsey Electric, Inc.** **P.O. Box 99922** **Chicago, IL 60696-7722** | **Lori A. Lindsey Von Behren** lanne0624@gmail.com (217)544-6789 | **Trade Debt** | | | | $17,500.00 |

Debtor   **Byers Operating LLC**                                          Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mobile Mini Solutions** **P.O. Box 72466** **Cleveland, OH 44192** | **Accounts Receivable** billingres@mobile mini.com **(800) 456-1751** | **Trade Debt** | | | | **$282.98** |
| **NAW Holdings LLC c/o Victor A. Krumm 1023 N. Kellogg Street Kennewick, WA 99336** | **Victor Krumm** vkrumm78@comca st.net **(847) 668-8555** | **Commercial Lease Agreement** | **Disputed** | | | **$0.00** |
| **Printegra Attn Accounts Receivable P.O. Box 841741 Dallas, TX 75284** | **Accounts Receivable** ininfo@printegra.c om **(800) 233-2919** | **Trade Debt** | | | | **$612.57** |
| **PrintXcel Attn Barbara Ewald 607 Boylston Street Boston, MA 02116** | **Barbara Ewald** Barbara.Ewald@Pri ntXcel.com **(419) 269-1720  ext. 7247** | **Trade Debt** | | | | **$193.90** |
| **Smead Manufacturing Company Attn Vickie Miller NW 8336 P.O. Box 1450 Minneapolis, MN 55485-8336** | **Vickie Miller** vickie.miller@smea d.com **(888) 737-6323** | **Trade Debt** | | | | **$91.64** |

# United States Bankruptcy Court
### Northern District of Illinois

In re __Byers Operating LLC__ _____    Case No. _____

Debtor(s)    Chapter    __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Byers Holding LLC<br>1175 Davis Road<br>Elgin, IL 60123** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **For Byers Holding LLC, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __June 28, 2023__ _____    Signature __/s/ Matthew M. Sandretto__ _____

__Matthew M. Sandretto__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Byers Operating LLC**                                             Case No.

                                          Debtor(s)          Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **26**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **June 28, 2023**                        **/s/ Matthew M. Sandretto**

                                          **Matthew M. Sandretto/For Byers Holding LLC, Manager**
                                          Signer/Title

Arden Label, Inc.
10S264 Schoger Drive
Naperville, IL 60564


Arden Label, Inc.
Attn Chip Collins
1175 Rifle Range Road
Wetumpka, AL 36903


Bank of America
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255


City Water Light & Power
300 South 7th Street
Room 101
Springfield, IL 62701


Comcast Business Voice Edge
P.O. Box 37601
Philadelphia, PA 19101-0601


D&K International, Inc.
Attn Denise Ebenstein
P.O. Box 5441
Carol Stream, IL 60197


Der Graphics & Custom Filing
32282 64th Avenue
Lawton, MI 49065


Der Graphics & Custom Filing
Attn Mike McNeil
1875 55 Avenue
Dorval, Quebec H9P 2 W3
Canada


Graphic Dimensions
480 Center Street
Hobart, IN 46342


Graphic Dimensions
Attn Accounts Receivable
P.O. Box 44467
Atlanta, GA 30336

Hillier Storage & Moving Co.
P.O. Box 51045
Newark, NJ 07101-5145

Hillier Storage & Moving Co.
Attn Thomas R. Swift
2728 South 11th Street
Springfield, IL 62703

Internal Revenue Service
Centralized Insolvency Operations
Post Box 7346
Philadelphia, PA 19101-7346

Lindsey Electric, Inc.
P.O. Box 99922
Chicago, IL 60696-7722

Lindsey Electric, Inc.
Attn Lori A. Lindsey Von Behren
3260 Terminal Avenue
Springfield, IL 62707-4501

Lisa A. Petrilli
Sorling Northrup
1 North Old State Capitol Plaza
Suite 2
Springfield, IL 62705

Midwest Regional Bank
1913 Richardson Road
Arnold, MO 63010

Mobile Mini Solutions
P.O. Box 72466
Cleveland, OH 44192

Mobile Mini Solutions
Attn Accounts Receivable
P.O. Box 650882
Dallas, TX 75265-0882

NAW Holdings LLC
c/o Victor A. Krumm
1023 N. Kellogg Street
Kennewick, WA 99336

```
Office of the US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604


Printegra
Attn Accounts Receivable
P.O. Box 841741
Dallas, TX 75284


PrintXcel
Attn Barbara Ewald
607 Boylston Street
Boston, MA 02116


Sangamon County Tax Collector
P.O. Box 19400
Springfield, IL 62794-9400


Small Business Administration
332 S. Michigan Avenue
Suite 600
Chicago, IL 60604


Smead Manufacturing Company
Attn Vickie Miller
NW 8336
P.O. Box 1450
Minneapolis, MN 55485-8336
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Byers Operating LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Byers Operating LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Byers Holding LLC**
**1175 Davis Road**
**Elgin, IL 60123**

☐ None [*Check if applicable*]

**June 28, 2023**

Date

**/s/ William S. Hackney**

**William S. Hackney**

Signature of Attorney or Litigant

Counsel for   **Byers Operating LLC**

**Bryan Cave Leighton Paisner LLP**
**161 North Clark Street**
**Suite 4300**
**Chicago, IL 60601-3315**
**(312) 602-5000 Fax:(312) 602-5050**
**william.hackney@bclplaw.com**

# Byers Printing Company
## Balance Sheet
### As of June 1, 2023

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **110000 Operating (0317)** | 55,806.14 |
| **110500 Payroll (7936)** | 742.89 |
| **112509 Bank Clearing Account** | 0.00 |
| **112510 ADP P/R Clearing** | 0.00 |
| **Total Bank Accounts** | $ 56,549.03 |
| **Accounts Receivable** | |
| **120000 Accounts Receivable (A/R)** | 116,753.16 |
| **Total Accounts Receivable** | $ 116,753.16 |
| **Other Current Assets** | |
| **112000 Undeposited Funds** | 195.88 |
| **130000 Inventory** | 23,401.35 |
| **171100 Closing Adjustments** | 0.00 |
| **171160 Due From Customers** | 0.00 |
| **171170 Due From Employees** | 3,415.47 |
| **171171 Due from MWRB/SBA** | 0.00 |
| **Uncategorized Asset** | 0.00 |
| **Total Other Current Assets** | $ 27,012.70 |
| **Total Current Assets** | $ 200,314.89 |
| **Fixed Assets** | |
| **152000 Delivery Van** | 15,840.04 |
| **152100 Delivery Van - Accumulated Depreciation** | -15,840.04 |
| **Total 152000 Delivery Van** | $ 0.00 |
| **Total Fixed Assets** | $ 0.00 |
| **Other Assets** | |
| **170550 Due from Michigan Election Resources** | 0.00 |
| **172000 Intangibles** | |
| **171500 Goodwill** | 1,000,000.00 |
| **172120 Business Name** | 100,000.00 |
| **172130 Customer List** | 200,000.00 |
| **172140 Intangibles Accumulated Amortization** | -96,667.00 |
| **Total 172000 Intangibles** | $ 1,203,333.00 |
| **172100 Deferred Financing Costs** | 42,360.50 |
| **172200 Deferred Financing Costs Accum. Amort.** | -20,474.18 |
| **Total 172100 Deferred Financing Costs** | $ 21,886.32 |
| **172300 Security Deposit** | 4,000.00 |
| **Total Other Assets** | $ 1,229,219.32 |
| **TOTAL ASSETS** | $ 1,429,534.21 |
| **LIABILITIES AND EQUITY** | |

**Liabilities**

**Current Liabilities**

**Accounts Payable**

| | | |
|---|---|---|
| 210000 Accounts Payable (A/P) | | 76,524.00 |
| **Total Accounts Payable** | $ | **76,524.00** |

**Other Current Liabilities**

| | | |
|---|---|---|
| 210200 Due to Employee | | 0.00 |
| 210201 Due to Shaheen Chevrolet, Inc. | | 0.00 |
| 210202 Payroll Tax Payable | | 0.00 |
| 210203 Due to Plerus | | 5,289.96 |
| 210300 Prepaid Postage Liability | | 0.00 |
| 210301 Macoupin County SOA Prepaid Postage | | 0.00 |
| 210302 Fulton County IL Prepaid Postage | | 0.00 |
| **Total 210300 Prepaid Postage Liability** | $ | **0.00** |
| Due to ADP | | 0.00 |
| Illinois Department of Revenue Payable | | 151.26 |
| Out Of Scope Agency Payable | | 0.00 |
| **Total Other Current Liabilities** | $ | **5,441.22** |
| **Total Current Liabilities** | $ | **81,965.22** |

**Long-Term Liabilities**

| | | |
|---|---|---|
| 250000 Due to Byers Holding LLC | | 94,355.98 |
| 250002 Due to Bank of America Auto Loan | | 1,941.98 |
| 250003 Due to Michigan Election Resources | | 0.00 |
| 250005 Due to Creekside Printing | | 32,995.78 |
| 250010 Due to Midwest Regional Bank - SBA 7a Loan | | 761,436.29 |
| 250011 Due to Kabbage Line of Credit | | 0.00 |
| 250021 Due to SBA Paycheck Protection Program (PPP) | | 0.00 |
| 250022 SBA Paycheck Protection Program (PPP) Forgiven | | 0.00 |
| 250023 SBA Paycheck Protection Program (PPP) Unforgiven | | 0.00 |
| **Total 250021 Due to SBA Paycheck Protection Program (PPP)** | $ | **0.00** |
| 250024 Due to SBA EIDL | | 500,000.00 |
| 250025 Due to SBA EIDL Advance | | 0.00 |
| **Total Long-Term Liabilities** | $ | **1,390,730.03** |
| **Total Liabilities** | $ | **1,472,695.25** |

**Equity**

| | | |
|---|---|---|
| 310000 Opening Balance Equity | | 0.00 |
| 320000 Retained Earnings | | -177,352.91 |
| Net Income | | 134,191.87 |
| **Total Equity** | -$ | **43,161.04** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **1,429,534.21** |

Monday, Jun 19, 2023 08:45:14 AM GMT-7 - Accrual Basis

# Byers Printing Company
## Profit and Loss
### January 1 - June 1, 2023

| | Total |
|---|---:|
| **Income** | |
| **410000 Sales of Product Income** | 314,738.20 |
| **420000 Shipping and Delivery Income** | 14,108.75 |
| **440000 Bounced Checks Income** | 75.04 |
| **Total Income** | **$ 328,921.99** |
| **Cost of Goods Sold** | |
| **510000 Supplies & Materials - COGS** | 11,419.33 |
| **510001 Purchasing - COGS** | 108,271.16 |
| **511000 Shipping, Freight & Delivery - COGS** | 14,797.71 |
| **512000 Cost of labor - COGS** | 43,610.00 |
| **512200 Other Costs of Services - COGS** | 143.55 |
| **Total Cost of Goods Sold** | **$ 178,241.75** |
| **Gross Profit** | **$ 150,680.24** |
| **Expenses** | |
| **610500 Delivery Van Expense** | 1,014.30 |
| **611000 Bank Charges & Fees** | 280.00 |
| **611111 Contractors** | 4,626.51 |
| **613001 Insurance** | |
| **613500 Business Insurance** | 1,287.39 |
| **713510 Owner's Life Insurance** | 223.90 |
| **615000 Repairs & Maintenance** | 153.25 |
| **615500 Office Supplies** | 2,010.63 |
| **615501 Administrative Software** | 1,278.49 |
| **615502 Production Software** | 653.27 |
| **616000 Utilities** | 1,413.70 |
| **616001 Phones and Internet** | 404.83 |
| **617000 Postage and Delivery** | 400.00 |
| **617100 Production Tools and Equipment** | 56.07 |
| **640001 Payroll Expenses - Management** | 24,826.03 |
| **640500 Payroll Expese - Wages** | 16,640.00 |
| **649500 Payroll Expenses - Taxes** | 107.74 |
| **651000 Taxes - Sales Tax** | 35.18 |
| **700000 Discretionary Expenses** | |
| **700009 Payroll Fees** | 621.82 |
| **700010 Janitorial Expense** | 14.52 |
| **710000 Non-Recurring Expenses** | |
| **710002 Legal & Professional Services** | 16,082.19 |

| | | |
|---|---|---:|
| **720000 Non-Capitalized Expenses** | | 392.90 |
| **720002 Equipment Lease Expense** | | 5,272.69 |
| **720003 Building Maintenance** | | 407.64 |
| | | |
| **740000 Interest Expense** | | 22,933.31 |
| **Total Expenses** | **$** | **101,136.36** |
| | | |
| **Net Income** | **$** | **49,543.88** |

# Byers Printing Company
## Statement of Cash Flows
### January 1 - June 1, 2023

|  | Total |
|---|---:|
| **OPERATING ACTIVITIES** | |
| **Net Income** | 134,191.87 |
| **Adjustments to reconcile Net Income to Net Cash provided by operations:** | |
| **120000 Accounts Receivable (A/R)** | -51,975.63 |
| **171170 Due From Employees** | -2,515.47 |
| **210000 Accounts Payable (A/P)** | -28,072.53 |
| **Illinois Department of Revenue Payable** | -434.45 |
| **Out Of Scope Agency Payable** | 0.00 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | -$ **82,998.08** |
| **Net cash provided by operating activities** | $ **51,193.79** |
| **FINANCING ACTIVITIES** | |
| **250002 Due to Bank of America Auto Loan** | -856.07 |
| **250010 Due to Midwest Regional Bank - SBA 7a Loan** | -66,106.95 |
| **Net cash provided by financing activities** | -$ **66,963.02** |
| **Net cash increase for period** | -$ **15,769.23** |
| **Cash at beginning of period** | 72,514.14 |
| **Cash at end of period** | $ **56,744.91** |

Monday, Jun 19, 2023 03:02:00 PM GMT-7